### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **JIM PARSONS,**  *Plaintiff,*  v.  **ALL MAILROOM STAFFING, et al,**  *Defendant.* | § § § § § § § § § |

**C.A. NO. 6:24-CV-00480-ADA-JCM**

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey Manske (ECF No. 3) regarding Plaintiff's Complaint (ECF No. 1). The report recommends that the Plaintiff's Complaint be **DISMISSED**. The Report further recommends that Plaintiff's Motion to Proceed in Forma Pauperis be **GRANTED.** The report and recommendation was filed on September 26, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Jeffrey Manske (ECF No. 3) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis be granted**.**

**SIGNED** this 22nd day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE